ANNA B. LAVIN ET AL. *v.* LUIGI SCASCITELLI ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*George S. Sakellares,* for the appellees (defendants).

*William F. Gallagher,* for the appellants (plaintiffs).

Argued June 3—decided June 3, 1975

GERARD CHARTIER *v.* EDWARD A. COYNE

The plaintiff's motion to dismiss the appeal from the Superior Court in Tolland County is denied.

The defendant's motion to dismiss the plaintiff's cross appeal filed May 20, 1975, from the Superior Court in Tolland County is denied.

*Zbigniew S. Rozbicki,* for the appellee (plaintiff).

*J. Brooks Johnson, Jr.,* for the appellant (defendant).

Argued June 3—decided June 3, 1975

ROBERT H. WHITNEY *v.* PAULINE F. WHITNEY

The plaintiff's motion to dismiss the appeal dated May 6, 1975, from the Superior Court in Hartford County is granted unless the defendant files her brief on or before July 10, 1975.

*William J. Butler,* for the appellee (plaintiff).

*Mary V. McCarthy,* for the appellant (defendant).

Argued June 3—decided June 3, 1975